UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 15-cr-20309
Hon. Matthew F. Leitman

v.

MICHAEL PIAR,

      Defendant.

_____/

### ORDER DIRECTING ATTORNEY CLAUDE CHAPMAN TO FILE SUPPLEMENTAL BRIEF

On May 21, 2020, Defendant Michael Piar submitted a *pro se* letter to this Court requesting compassionate release. (*See* Letter, ECF No. 43.) On October 5, 2020, the Court appointed counsel for Piar. (*See* Order, ECF No. 47.) On October 10, 2020, attorney Claude Chapman filed an Appearance on Piar's behalf. (*See* Appearance, ECF No. 48.) The Court directs Chapman to file a supplemental brief in support of Piar's request for compassionate release by **January 11, 2021**. The Government may respond by **January 25, 2021**.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: December 17, 2020

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764