UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 15-cv-20309
      Hon. Matthew F. Leitman

MICHAEL PIAR,

      Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 51)

On January 10, 2021, Defendant Michael Piar filed a motion for compassionate release. (*See* Mot., ECF No. 51.) The Court held a video hearing on Piar's motion on February 18, 2021. (*See* Notice of Hearing, ECF No. 56.) For the reasons explained on the record during the hearing, Piar's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: February 18, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764

1